IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Wanda Slack,                              :
                    Appellant             :
                                          :
          v.                              :          No. 231 C.D. 2020
                                          :
Frederick J. Slack, Jr.,                  :
and James D. Lonergan                     :

**PER CURIAM**                    **O R D E R**

NOW, May 26, 2021, having considered Appellant's application for reargument and Appellees' answer in response thereto, the application is denied.